# Exhibit 1

| From: | Church, Richard |
|---|---|
| To: | twan@smithcarroad.com; garet.hil@kidneyregistry.org |
| Cc: | Gronow, Tom; Gutowski, John; Reiff, Gary; Sorkin, Alison |
| Subject: | UCHealth.NKR Letter & 2nd Amendment |
| Date: | Wednesday, January 27, 2021 6:34:10 PM |
| Attachments: | Notification Letter to NKR regarding UCHealth dated 1.27.2021.pdf |
| | UC Health - Second Amendment to NKR Agreement 1.26.20.pdf |

Mr. Garet and Mr. Wan:

Please find attached a letter and Second Amendment in regard to our client UCHealth's agreement with National Kidney Registry. We look forward to working with you on this matter to achieve a mutually satisfactory outcome.

Best regards -
Richard Church

**Richard P. Church**

richard.church@klgates.com

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249



January 27, 2021

<u>Via E-mail</u>

Garet Hil
Chief Executive Officer
National Kidney Registry
42 Fire Island Avenue
Suite #200
Babylon, NY 11702

Timothy Wan, Esq.,
Corporate Counsel
National Kidney Registry
42 Fire Island Avenue
Suite #200
Babylon, NY 11702

Richard P. Church
Richard.church@klgates.com

T +919 466 1187

RE: <u>Review of National Kidney Registry Contracts</u>

Dear Mr. Hil and Mr. Wan:

    Our firm represents University of Colorado Health ("UCHealth") with respect to its review of certain vendor contracts previously executed with National Kidney Registry ("NKR"). As you know, NKR and University of Colorado Hospital Authority entered into that certain Service Contract as fully executed December 3, 2015, that certain Donor Center Agreement as executed December 3, 2015, that certain Amendment to the Member Center Terms & Conditions as fully executed December 2, 2015, and that certain All In Addendum as executed December 18, 2015 (collectively, the "Agreements").

    UCHealth's highest priority in this matter is its patients and donors by accessing the broadest set of opportunities available for its donors and donor recipients. Accordingly, we have reviewed the Agreements and are requesting a number of amendments to better align the arrangement with UCHealth's standard contracting terms and expectations going forward as it relates to its relationship with NKR. We also request a call to discuss and resolve any open matters regarding the Agreements and the underlying relationship between the parties in conjunction with UCHealth's election to no longer be an All In Center or subject to the obligations of Section I.3. of the Member Center Terms and Conditions.

We look forward to working with you on this matter and hope a path to continue the relationship between the parties can be identified. Thank you for your attention to this matter. We anticipate speaking with you soon.

Sincerely,

Richard P. Church

cc: Thomas Gronow, Chief Operating Officer - UCHealth
John Gutowski, Executive Director of Transplant Services - UCHealth
Gary Reiff, Chief Legal Officer - UCHealth
Alison Sorkin, Associate General Counsel - UCHealth

Enclosure