# Exhibit 3

| From: | Timothy Wan, Esq. |
|---|---|
| To: | Church, Richard |
| Cc: | "Gronow, Tom"; "Gutowski, John"; "Reiff, Gary"; "Sorkin, Alison"; "Garet Hil"; "Tommy D"Alessandro" |
| Subject: | RE: UCHealth.NKR Letter & 2nd Amendment |
| Date: | Tuesday, February 2, 2021 1:26:41 PM |
| Attachments: | UCH and NKR - February 2, 2021.pdf |

**External Sender:**

Dear Mr. Church,
Please see the attached letter in response, and confirm your receipt. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Timothy Wan, Esq.**
Chief Executive Officer
**Wan Law Group, PLLC**



5036 Jericho Turnpike, Suite 201
Commack, New York 11725
Phone: 631-853-0911
Tim@WanLawGroup.com
www.WanLawGroup.com

**CONFIDENTIALITY NOTICE**
This e-mail transmission, and any documents, files, or previous e-mail messages attached to it is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Wednesday, January 27, 2021 6:35 PM
**To:** Timothy Wan <twan@smithcarroad.com>; garet.hil@kidneyregistry.org
**Cc:** Gronow, Tom <Tom.Gronow@uchealth.org>; Gutowski, John <John.Gutowski@uchealth.org>; Reiff, Gary <Gary.Reiff@uchealth.org>; Sorkin, Alison <Alison.Sorkin@uchealth.org>
**Subject:** UCHealth.NKR Letter & 2nd Amendment

Mr. Garet and Mr. Wan:

Please find attached a letter and Second Amendment in regard to our client UCHealth's agreement

with National Kidney Registry.  We look forward to working with you on this matter to achieve a mutually satisfactory outcome.

Best regards -
Richard Church

**Richard P. Church**
richard.church@klgates.com

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.



Timothy Wan, Esq.
Chief Executive Officer
5036 Jericho Turnpike, Suite 201
Commack, NY 11725
(631) 853-0911
www.WanLawGroup.com

Sender's Direct Email:
Tim@WanLawGroup.com

February 2, 2021

**VIA EMAIL ONLY**
richard.church@klgates.com

Richard P. Church, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602

**RE: National Kidney Registry -w- University of Colorado Health**

Dear Mr. Church:

  Please consider this confirmation that the National Kidney Registry ("NKR") has received your letter dated January 27, 2021, which voluntarily terminates the All In Addendum ("AIA"), executed on December 18, 2015, between the University of Colorado Health ("UCH") and the NKR. All executed contracts and addendums are attached hereto for reference.

  Your client's cancellation of the AIA and your proposed new contract would effectively allow UCH to take at least 8 (eight) more kidneys out of the NKR network than UCH has contributed, fundamentally undermining the most successful paired exchange program in the world, which has facilitated nearly 5,000 living donor transplants, including 136 at UCH. Not only does this plan cheat voucher holders out of a kidney transplant, but it cheats living donors out of the promise made to them when they donated their kidney through the voucher program, that their loved one would be protected with a voucher.

  UCH's plan also appears to directly conflict with their own explicitly stated Values of "**Patients first – Integrity – Excellence**" and their Mission "**We improve lives. In big ways through learning, healing, and discovery. In small, personal ways through human connection. But in all ways, we improve lives**." This plan clearly puts UCH's interests first, above patients, living donors, and the other 96 transplant centers that participate in the NKR network. UCH's plan also undermines integrity by breaking promises made to donors and patients. The result of your client's plan would be the opposite of improving lives.

  Your client's termination of the AIA rescinds UCH's Partner Center status consistent with sections I-4, of the NKR Member Center Terms and Conditions, and has the following impact:

1) The NKR will no longer target UCH for 29 chain end kidneys (the previous Partner Center target) consistent with section A-5-b of the NKR Medical Board policy for match offer selection.

2) UCH must start 8 NKR chains (Non-Directed Donor or Family Voucher) to satisfy UCH's current obligations under section I-3 of the NKR Member Center Terms and Conditions. The chain start and chain end records, which detail UCH's -8 (negative eight) Net Chains Started ("NCS") deficit are attached for reference.

3) UCH must begin remitting $8,000 every month, for the current NCS deficit of -8 per section I-3 of the Member Center Terms and Conditions. NKR will begin invoicing for the NCS deficit at month end and

will adjust the monthly billed amount based on the UCH NCS deficit at month end.

4) UCH must remit the prorated annual membership fee for 2021 of $15,000 (10/12 x $18,000). NKR will invoice this fee at month end.

5) UCH shall forgo its position on the NKR Medical Board per the Medical Board reconstitution guidelines which grant Medical Board positions to the top 10 Partner Centers.

6) UCH shall forgo its Center of Excellence designation in the Donor Care Network ("DCN") and will be removed from the DCN. This will reduce donor candidates referred to UCH of which there were 69 prescreened and tested donor candidates referred to UC in the past 12 months.

7) UCH shall forgo all additional Partner Center protections and benefits as defined in the Member Center Terms and Conditions and the Medical Board policies.

Please let me know by February 5, 2021, if Thomas Gronow, UCH COO, would like to schedule a discussion with Garet Hil, NKR CEO, to comply and comport with Paragraph 10 (entitled "Dispute Resolution") of the UCH contract addendum.

My client will not negotiate, at this time, any UCH specific exceptions to the standard NKR service agreement, the Member Center Terms and Conditions or the uniform Medical Board policies that are in effect with 96 other U.S. transplant centers.

UCH has the legal right to voluntarily terminate the NKR service contract at any time, however, the obligations under section I-3 of the Member Center Terms and Conditions, in its entirety, survive any termination of the contract.

Please let me know if you have any questions or would like to discuss.

Very truly yours,


TIMOTHY WAN, ESQ.

CC:
Garet Hil, Chief Executive Officer, NKR
Tom D'Alessandro, Chief Financial Officer, NKR
Thomas Gronow, Chief Operating Officer, UCH
John Gutowski, Executive Director of Transplant Services, UCH
Gary Reiff, Chief Legal Officer, UCH
Alison Sorkin, Associate General Counsel, UCH

Attachments:
Service Contract; Amendment; All In Addendum; Donor Care Network Agreement; Donor Protection Addendum; Donor Center Agreement; Recipient Center Agreement; NCS Deficit Analysis.

References:
Terms and conditions: https://www.kidneyregistry.org/vs2.2.006/docs/NKR_MC_Terms_Conditions.pdf
Medical board policies: https://www.kidneyregistry.org/transplant_center.php#policies