# Exhibit 5

| From: | Timothy Wan, Esq. |
|---|---|
| To: | Church, Richard |
| Subject: | RE: Follow Up re: NKR -w- UCH |
| Date: | Monday, February 22, 2021 10:11:34 AM |

**External Sender:**

Hi Rich,

As I said below, maybe we should trigger the meeting between Mr. Gronow and Mr. Hil.

Tim

---

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Saturday, February 20, 2021 11:09 AM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Subject:** RE: Follow Up re: NKR -w- UCH

Timothy:

Thank you for the follow up on this item. I will discuss with my client.

With this said, I would request that you revisit the defensibility of your position with your client. You have cited various items that has caused your client to perceive the request to discuss an amendment negatively, but as we discussed, that is not what our letter in fact says. The mere fact that a letter comes from outside counsel, was unexpected, and that your client does not agree with all of the proposed changes in the proposed amendment does not constitute a notice of termination.

Best -
Rich

**Richard P. Church**

richard.church@klgates.com

Post Office Box 14210
Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249



**From:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Sent:** Thursday, February 18, 2021 5:56 PM
**To:** Church, Richard <Richard.Church@klgates.com>
**Subject:** Follow Up re: NKR -w- UCH

Hi Richard,
To follow up with our conversation yesterday, I spoke to my client. With the facts that the letter was sent out of the blue by you, UCH's attorney, coupled with a contract proposal that is essentially unconscionable, there was no real other way to interpret your letter, other than as a termination.

If UCH doesn't agree with that assessment, then perhaps it would indeed be appropriate to trigger the paragraph 10, dispute clause, and have Thomas Gronow meet with Garet Hil.

Tim


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Timothy Wan, Esq.**
Chief Executive Officer
Wan Law Group, PLLC



5036 Jericho Turnpike, Suite 201
Commack, New York 11725
Phone: 631-853-0911
Tim@WanLawGroup.com
www.WanLawGroup.com

**CONFIDENTIALITY NOTICE**

This e-mail transmission, and any documents, files, or previous e-mail messages attached to it is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.