# Exhibit 7

| From: | Timothy Wan, Esq. |
| --- | --- |
| To: | Church, Richard |
| Cc: | "Garet Hil"; "Gronow, Tom"; "Gutowski, John"; "Reiff, Gary"; "Sorkin, Alison" |
| Subject: | RE: UCHealth.NKR Response Letter & 2nd Amendment |
| Date: | Monday, March 8, 2021 9:41:22 AM |

**External Sender:**

Dear Rich,
I discussed this briefly with NKR. NKR may be amenable to temporarily waiving the charges for the negative NCS. However, rather than you and I wasting time as intermediaries, I believe we need to trigger the Dispute Resolution clause. Please advise of the dates and times of availability that Mr. Gronow can speak to Mr. Hil.
Tim

**From:** Timothy Wan, Esq. [mailto:tim@wanlawgroup.com]
**Sent:** Wednesday, March 3, 2021 10:50 AM
**To:** Church, Richard <Richard.Church@klgates.com>
**Subject:** RE: UCHealth.NKR Response Letter & 2nd Amendment

Hi Rich,
Received. I will speak to NKR.

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Wednesday, March 3, 2021 10:22 AM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Cc:** 'Garet Hil' <garet.hil@kidneyregistry.org>; Gronow, Tom <Tom.Gronow@uchealth.org>; Gutowski, John <John.Gutowski@uchealth.org>; Reiff, Gary <Gary.Reiff@uchealth.org>; Sorkin, Alison <Alison.Sorkin@uchealth.org>
**Subject:** UCHealth.NKR Response Letter & 2nd Amendment

Timothy:

I hope this email finds you well.  Please find attached our proposal in follow up to our various correspondence and our call.  Also attached is a clean and blackline compared to our prior draft of the Second Amendment in line with the proposal outlined in our letter.  Please let me know if helpful to discuss after you have reviewed.

Best regards -
Rich Church

**Richard P. Church**
richard.church@klgates.com

Post Office Box 14210

Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249



This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.