# Exhibit 8

| From: | Church, Richard |
|---|---|
| To: | Timothy Wan, Esq. |
| Cc: | "Garet Hil"; Gronow, Tom; Gutowski, John; "Reiff, Gary"; Sorkin, Alison |
| Subject: | UCHealth.NKR Dispute Resolution |
| Date: | Friday, March 12, 2021 4:16:00 PM |
| Attachments: | Response Letter to NKR Counsel re Dispute Resolution.pdf |

Timothy:

Hope this finds you well. Following up on my email, please find attached a response on moving forward with dispute resolution.

Best regards -
Rich Church

## Richard P. Church

richard.church@klgates.com

Post Office Box 14210
Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249



March 12, 2021

<u>Via E-mail</u>

Timothy Wan, Esq.,
Corporate Counsel
National Kidney Registry
42 Fire Island Avenue
Suite #200
Babylon, NY 11702

Richard P. Church
Richard.church@klgates.com

T +919 466 1187

RE: <u>National Kidney Register Contract - Dispute Resolution</u>

Dear Mr. Wan:

University of Colorado Hospital Authority ("UCHealth") is amenable to proceeding with dispute resolution as requested by KidneyLife Foundation, Inc. d/b/a National Kidney Registry ("NKR"). Pursuant to Section VII.10. of the First Amendment to the Agreement (as defined in the UCH Letter to you dated January 27, 2021), UCHealth designates Thomas Gronow, Chief Operating Officer, as the senior management representative who does not devote substantially all of his time to the performance of the Service Contract.

As required by Section VII.10, we would propose March 31, 2021 as the date for the parties to share non-privileged material with respect to the dispute that is appropriate and germane along with position statements. Please ensure that NKR explains its understanding of the contractual or other legal dispute as UCHealth is not aware of what NKR believes to be the dispute, position, and relevance of the materials provided to the same. We anticipate that the Dispute Resolution meeting could then occur 10 to 14 days later to give each party adequate time to review the other party's non-privileged material and position statements.

Sincerely,

Richard P. Church

cc: Thomas Gronow, Chief Operating Officer - UCHealth
John Gutowski, Executive Director of Transplant Services - UCHealth
Gary Reiff, Chief Legal Officer - UCHealth

K&L GATES LLP
70 W. MADISON ST. SUITE 3100 CHICAGO IL 60602
T +1 312 372 1121 F +1 312 827 8000 KLGATES.COM
309291373.1

Alison Sorkin, Associate General Counsel - UCHealth
Garet Hil, Chief Executive Officer, NKR