# Exhibit 10

| From: | Timothy Wan, Esq. |
|---|---|
| To: | Church, Richard |
| Subject: | RE: UCHealth.NKR Dispute Resolution |
| Date: | Thursday, March 25, 2021 12:52:22 PM |

**External Sender:**

Rich,
If UCH is preventing Mr. Gronow from having an informal phone call with Mr. Hil, then, you have left us with no choice but to maintain our position that UCH terminated the All-In Addendum, and converted UCH to a regular Member Center. We decline your request to negotiate a quasi-Partner Center agreement.
Tim

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Thursday, March 25, 2021 6:43 AM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Subject:** RE: UCHealth.NKR Dispute Resolution

Timothy:

The provision says nothing about excluding attorneys from the informal dispute resolution process. "Informal" in the paragraph (as in any dispute resolution paragraph) is as compared to "Formal," which is explicitly defined as "formal mediation, arbitration, or legal action". There is a commitment, "[i]f necessary," to have a senior management representative present. We are abiding by that requirement. The dates we provided remain available for Tom and I.

Best -
Rich

**Richard P. Church**
richard.church@klgates.com

Post Office Box 14210
Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

**From:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Sent:** Wednesday, March 24, 2021 4:10 PM
**To:** Church, Richard <Richard.Church@klgates.com>
**Subject:** RE: UCHealth.NKR Dispute Resolution

Richard, the Dispute Resolution paragraph (which UCH drafted) is supposed to be "informal", not having attorneys present. Mr. Hil is happy to have an informal telephone conversation with Mr. Gronow, as long as it's just the two of them. These were the rules UCH insisted upon, you can't now change the rules.

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Tuesday, March 23, 2021 4:47 PM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Subject:** RE: UCHealth.NKR Dispute Resolution

Timothy:

Thanks again for taking the time to speak with me last week. I have discussed with UCH. We are prepared to proceed with the dispute resolution, but UCH will require its counsel to be present. I would assume that would mean you will attend as well. With that said, we can both attend with the goal of letting the principals speak directly and frankly with one another. In addition, we have determined that NKR billed UCH on February 28 as if it had terminated the All In Addendum. In conjunction with resolution of a Second Amendment, we would like to address that in the meeting. As you know from our letter of March 3, 2021, we disagree that our proposed Second Amendment constituted an immediate termination of the All In Addendum.

Please find below dates that Tom and I are available. We have proposed an hour and half window, but I do not anticipate that much time is likely to be needed given the goal of simply reaching agreement on the fundamentals of a transition to a regular Member Center under the Second Amendment with UCH's standard T&Cs as required by law.

- Wed. (3/31): 2:00-4:00pm EST
- Thur. (4/1): 10:30am-1:00pm EST
- Tue. (4/13): 10:00am-12:00pm EST

Best -
Rich

**Richard P. Church**
richard.church@klgates.com

Post Office Box 14210
Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Monday, March 15, 2021 6:20 PM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Subject:** RE: UCHealth.NKR Dispute Resolution

Tim:

That approach is not acceptable for UCHealth. When are you available for a call tomorrow. I don't anticipate we need more than 30 minutes.

Thanks-
Rich

**Richard P. Church**
richard.church@klgates.com
70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

**From:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Sent:** Monday, March 15, 2021 12:58 PM
**To:** Church, Richard <Richard.Church@klgates.com>
**Cc:** 'Garet Hil' <garet.hil@kidneyregistry.org>; 'Gronow, Tom' <Tom.Gronow@uchealth.org>; 'Gutowski, John' <John.Gutowski@uchealth.org>; 'Reiff, Gary' <Gary.Reiff@uchealth.org>; 'Sorkin, Alison' <Alison.Sorkin@uchealth.org>
**Subject:** RE: UCHealth.NKR Dispute Resolution

Hi Rich,
We provided all non-privileged information to you already. I am not sure what else exists, or what you may be looking for. Please have Mr. Gronow provide three dates and times he is available to Mr. Hil directly. There is no reason you or I need to be involved in their calendar scheduling.
Tim Wan

**From:** Church, Richard [mailto:Richard.Church@klgates.com]
**Sent:** Friday, March 12, 2021 4:17 PM
**To:** Timothy Wan, Esq. <tim@wanlawgroup.com>
**Cc:** 'Garet Hil' <garet.hil@kidneyregistry.org>; Gronow, Tom <Tom.Gronow@uchealth.org>; Gutowski, John <John.Gutowski@uchealth.org>; 'Reiff, Gary' <Gary.Reiff@uchealth.org>; Sorkin, Alison <Alison.Sorkin@uchealth.org>
**Subject:** UCHealth.NKR Dispute Resolution

Timothy:

Hope this finds you well. Following up on my email, please find attached a response on moving forward with dispute resolution.

Best regards -
Rich Church

**Richard P. Church**
richard.church@klgates.com

Post Office Box 14210
Research Triangle Park, NC 27709
Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at catherine.morgan@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

Phone: 919-466-1187

70 West Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312-807-4249

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at catherine.morgan@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Richard.Church@klgates.com.